IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**BALTIMORE DIVISION**

In re:                                                              *

Linda D. Stewart                                          *      Case No.: 09-29592

    Debtor                                                *      Chapter 13

*   *   *   *   *   *   *   *   *   *   *

**MOTION TO DISMISS CASE UNDER SECTION 1307(b)**

The Debtor, by her attorney, represents and states as follows:

1.   The Debtor is no longer able to comply with her Chapter 13 plan and does not desire to modify the plan.

2.   This Chapter 13 case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code.

3.   Under section 1307(b) of the Bankruptcy Code, the Debtor is entitled to have this Chapter 13 case dismissed at any time, and the Debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, the Debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, moves this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.

  01/11/10                                                        /s/  Linda D. Stewart
DATE                                                                Linda D. Stewart


  /s/  Robert A. Siegel
Robert A. Siegel, Esquire
Attorney for Debtor
7310 Ritchie Highway #109
Glen Burnie, Maryland  21061
(410) 760-0068

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this  11th  day of January, 2009, I mailed a copy of the foregoing document, to Ellen W. Cosby, Trustee, P.O. Box 20016, Baltimore, MD  21284 and to the  Office of the U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD  21201,  via first class United States mail, postage prepaid.

                   /s/  Robert A. Siegel
                  Robert A. Siegel, Esquire
                  Attorney for Debtor
                  7310 Ritchie Highway #109
                  Glen Burnie, Maryland  21061
                  (410) 760-0068